IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )      CRIMINAL ACTION NO.
    v.                      )         2:17cr100-MHT
                            )              (WO)
RICHIE DALE MURPHY          )
```

ORDER

For the reasons set forth in the opinion and order entered on May 11, 2023 (Doc. 294), and based on the representations of defense counsel and counsel for the Bureau of Prisons, it is ORDERED that:

(1) Defendant Richie Dale Murphy's motions for compassionate release (Doc. 285 and Doc. 293) are granted.

(2) Defendant Murphy's custodial sentence is reduced to time served. Defendant's five-year term of supervised release shall commence immediately upon his release from the custody of the Bureau of Prisons.

(3) The portion of this order reducing defendant Murphy's custodial sentence is STAYED for seven

days to allow for the making of appropriate travel arrangements and to ensure defendant's safe release and continuity of medical care. Should more or less time be needed to make such arrangements, the parties may file a motion to extend or lift the stay. The Bureau of Prisons may make a written request for such a change via email to the court's career law clerk, Marion Chartoff, which will be docketed.

The clerk of court shall immediately provide a copy of this order by email to the Warden and Medical Director of the Federal Medical Center at Lexington, Kentucky.

DONE, this the 12th day of May, 2023.

                          /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**